UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **BOSCH SOLAR ENERGY CORP.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>Korea Steel Company, Ltd., a/k/a KISCO, a )<br>corporation existing under the laws of the )<br>Republic of Korea, )<br>)<br>**Defendant.** ) | CASE NO. |

### INDEX OF EXHIBITS FOR COMPLAINT AND JURY DEMAND

Plaintiff, Bosch Solar Energy Corp., for its Index of Exhibits in support of its Complaint and Jury Demand against defendant Korea Steel Company, Ltd., lists the following:

**Exhibit A**: Contract for The Manufacture of Solar Modules between Plaintiff Bosch Solar Energy Corporation and Defendant KISCO

**Exhibit B**: March 2, 2018 Letter From Plaintiff Bosch Solar Energy and Defendant KISCO

Dated: December 28, 2020    Respectfully submitted,

/s/ Scott T. Seabolt
    Scott T. Seabolt (P55890)
sseabolt@hhbjs.com
Hickey Hauck Bishoff Jeffers & Seabolt, PLLC
17199 N. Laurel Park Dr., Ste. 215
Livonia, Michigan 48152
(313) 964-8600

JOHN W. ROTUNNO
john.rotunno@klgates.com
JOSEPH C. WYLIE II
joseph.wylie@klgates.com
K&L GATES LLP
70 West Madison Street, Suite 3300
Chicago, Illinois 60602
Telephone: +1 312 372 1121
Facsimile: +1 312 345 9976

*Attorneys for Plaintiff Bosch Solar Energy Corporation*