

Mr. Se Hong Chang
Chief Executive Officer
KISCO
80 Jeungpyeong Sandan-ro
Jeungpyeong-eup, Jeungpyeong-gun
Chungcheongbuk-do 368-906
Republic of Korea

Robert Bosch GmbH
Postfach 10 60 50
70049 Stuttgart
Visitors:
Robert-Bosch-Platz 1
70839 Gerlingen-Schillerhöhe
Tel 0711 811-0
www.bosch.com

Matthias Klatt, C/LSI
Tel +49 89 6290-1523, Fax +49 89 6290-281523
Matthias.Klatt@de.bosch.com

02 March 2018

Re:   Bosch c-Si M 60 NA30119 Solar Modules

Dear Mr. Chang,

As you know, a significant number of KISCO-manufactured c-Si M 60 NA30119 photovoltaic solar panels sold to Bosch Solar Energy AG, a wholly owned Subsidiary of Robert Bosch GmbH (hereinafter, "Bosch"), pursuant to the Contract for Manufacture of Solar Modules (hereinafter, the "Contract") are defective.  As you also know, all of the defective panels examined to date have a common defect:  improper soldering of the connection between bussing ribbons.  This defect has caused excessive heat and created the risk of significant human injury due to building fires where the KISCO-manufactured c-Si M 60 NA30119 panels are roof mounted.

Pursuant to the Contract and in the name and on behalf of Bosch we hereby demand that KISCO reimburse and indemnify Bosch against all warranty claims and costs of replacing defective c-Si M 60 NA30119 panels. Furthermore, pursuant to Section 9.4 of the Terms and Conditions of Purchase (Appendix 1 to the Contract), we hereby demand that KISCO assume all costs of the recall of roof-mounted c-Si M 60 NA30119 panels currently being conducted by Bosch in cooperation with the U.S. Consumer Product Safety Commission, including reimbursement of Bosch for all costs incurred to date in connection with the recall.

Please confirm no later than March 23, 2018 that you agree to reimburse and indemnify Bosch against all warranty claims and costs of replacing defective

Registered Office: Stuttgart, Registration Court: Amtsgericht Stuttgart, HRB 14000;
Chairman of the Supervisory Board: Franz Fehrenbach; Managing Directors: Dr. Volkmar Denner,
Prof. Dr. Stefan Asenkerschbaumer, Dr. Rolf Bulander, Dr. Stefan Hartung, Dr. Markus Heyn, Dr. Dirk Hoheisel,
Christoph Kübel, Uwe Raschke, Peter Tyroller

15661



02 March 2018
Page 2 of 2

c-Si M 60 NA30119 panels, and to assume all costs of the recall of roof-mounted c-Si M 60 NA30119 panels, as required by the Contract.

Yours sincerely

Robert Bosch GmbH

ppa. *[signature]*

Matthias Klatt
Head of Legal
Industrial Technology,
Consumer Goods,
Energy and Building Technology (C/LSI)

15661